**Order entered February 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01306-CV

### SEVEN HILLS COMMERCIAL, LLC, Appellant

### V.

### MIRABAL CUSTOM HOMES, INC., ET AL., Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-1206312D**

## ORDER

We **GRANT** appellees' February 20, 2014 agreed motion for an extension of time to file its second brief in this consolidated appeal. We **ORDER** the brief tendered to this Court by appellees on February 25, 2014 filed as of the date of this order.

/s/     ADA BROWN
        JUSTICE